### 30231. BOATRIGHT *v.* THE STATE.

MacIntyre, J. This is a companionate case to *Moody* v. *State,* ante. The facts in the two cases are, in effect, the same, and this case is controlled by the ruling in that case.

Judgment affirmed. Broyles, C. J., and Gardner, J., concur.

Decided January 7, 1944. Rehearing denied March 24, 1944.